IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DOC BALZARINI,

    Plaintiff,                                CV F 01 5033 AWI WMW   P

    vs.                                          ORDER RE MOTION (DOC 85 )

STEVE CAMBRA, , et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion to disqualify the Attorney General's Office from representing defendants. Pursuant to California Government Code section 995, defendants are authorized representation by the Office of the Attorney General.  Plaintiff offers no authority or persuasive legal argument for his proposition.   Plaintiff's motion is therefore denied.

IT IS SO ORDERED.

**Dated:   January 12, 2006**                    **/s/  William M. Wunderlich**
mmkd34                                        UNITED STATES MAGISTRATE JUDGE