IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DOC BALZARINI,

     Plaintiff,                      CV F 01 5033 AWI WMW   P

  vs.                               ORDER RE MOTIONS
                                       (DOCUMENTS 84, 87, 89 )

STEVE CAMBRIA, et al.,

     Defendants.

       Plaintiff is a state prisoner proceeding pro se. Pending before the court are plaintiff's motions for a physical examination.   Plaintiff's motions consist of the statement that "unless this plaintiff receives this medical examination and the followup treatment and care, then more serious harm will happen to this plaintiff." Plaintiff attaches copies of documents from his medical file.  There is no other argument, nor are there any facts specified.   Plaintiff's motions, construed as a request for injunctive relief, fail to comply with the minimal procedural requirements of Local Rule 65-231.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion are dismissed as procedurally defective.

1

IT IS SO ORDERED.

**Dated:     January 12, 2006**             **/s/  William M. Wunderlich**
mmkd34                                      UNITED STATES MAGISTRATE JUDGE