IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BALZARINI,

           Plaintiff,          CV F 01 5033 AWI WMW P

   vs.                 ORDER RE MOTION (DOC 118)

STEVE CAMBRIA, et al.,

           Defendants.

Plaintiff has filed a motion requesting the preparation of transcripts for his appeal.  There have been no hearings in this case.  This action has been dismissed, and Plaintiff's appeal of the dismissal has been resolved.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for transcripts is denied as moot.

IT IS SO ORDERED.

**Dated:   January 16, 2008**          **/s/  William M. Wunderlich**
                           UNITED STATES MAGISTRATE JUDGE

1